## UNITED STATES *versus* HENRY HUDSON

JOURNAL ENTRIES (1818–22): *Journal 2:* (1) Continued *p. 586; (2) continued *p. 675; (3) motion made to set aside continuances *p. 719; (4) reasons for motion, motion overruled *p. 719. *Journal 3:* (5) Case as-

signed *p. 82; (6) motion to quash certiorari *p. 233; (7) motion to quash certiorari overruled *p. 236; (8) motion to quash indictment "A" *p. 236; (9) argument postponed, continued *p. 250; (10) indictments quashed *p. 375.

PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari; (2) writ of certiorari; (3) writ of habeas corpus; (4) precipe for subpoena; (5) subpoena; (6) rule on attorney general; (7-8) subpoenas; (9) letter from John Hunt to Charles Larned; (10) precipe for subpoena; (11) subpoena; (12) notice of motion to quash indictments; (13) transcript of recognizance; (14) indictment "A"—C. C. file 78; (15) indictment—C. C. file 78; (16) indictment—C. C. file 81; (17) indictment—C. C. file 81; (18) indictment —C. C. file 82; (19) indictment—C. C. file 82; (20) indictment—C. C. file 83; (21) indictment—C. C. file 83.

*Office Docket*, MS p. 62, cases 1 and 2; p. 66, c. 3.